| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Amanda G. Billyard**<br>**1200 Main St., Suite G**<br>**Irvine, CA 92614**<br>**714-442-3349 Fax: 714-361-5392**<br>California State Bar Number: **256838 CA**<br>**abillyard@bwlawcenter.com** | |

☐ *Individual appearing without attorney*
☑ *Attorney for:*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

| **Norma Angelica Centina** | CASE NO.: **9:16-bk-11564-DS**<br><br>CHAPTER **13**<br><br>**DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**<br><br>[No Hearing Required] |
|---|---|
| Debtor(s) | |

Debtor moves this Court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b), and Local Bankruptcy Rule 3015-1(q)(1):

1. ☑ (a) The above-entitled case was commenced by the filing of a voluntary petition under chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;
   **OR**
   ☐ (b) The above-entitled case was commenced by the filing of a voluntary petition under chapter _____ and was converted to a case under chapter 13 on _____.

2. ☐ (a) There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.
   **OR**
   ☑ (b) The following motion for relief from, annulment of, or conditioning of the automatic stay is currently pending in this case OR was filed and resolved OR has been withdrawn or denied:

   Filing Date: **3.26.19**
   Movant: **Bank of America, N.A.**
   Personal or Real Property: **Personal Property**

   Status: ☐ Pending    ☑ Resolved    ☐ Withdrawn/Denied
   *(Please attach additional pages if needed.)*

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*   Page 1   **F 3015-1.18.DEBTOR.MOTION.DISMISS**

3. ☑ (a) Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

   OR

   ☐ (b) Debtor has made the following arrangements or agreements with the creditor(s) or other person(s) identified below in connection with this request for dismissal:

   *(Please attach additional pages if needed.)*

4. Debtor seeks dismissal of this case for the following reasons:

   **Debtor completed her bankruptcy plan, does not need a discharge and wishes to rectify post petition delinquencies with the mortgage lender itself.**

   *(Please attach additional pages if needed.)*

   Date: **December 21, 2020**            /s/ **Amanda G. Billyard**
                                          Attorney for Debtor(s)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Date: **December 21, 2020**            /s/ **Norma Angelica Centina**
                                          Debtor

   Date: **December 21, 2020**
                                          Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2           F 3015-1.18.DEBTOR.MOTION.DISMISS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1200 Main St., Suite G**
**Irvine, CA 92614**

A true and correct copy of the foregoing document entitled (*specify*):   **DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  **12.30.20**   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Amanda G Billyard on behalf of Debtor Norma Angelica Centinaabillyard@bwlawcenter.com**
**Christopher Darden on behalf of Creditor WELLS FARGO BANK, N.A.Christopher.Darden@wellsfargo.com**
**Lemuel Bryant Jaquez on behalf of Creditor U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust bknotifications@ghidottiberger.com,gbadmin@ecf.courtdrive.comLemuel Bryant Jaquez on behalf of Interested Party Courtesy NEFbknotifications@ghidottiberger.com,gbadmin@ecf.courtdrive.com**
**Megan E Lees on behalf of Creditor Bank of America, N.A.caecf@tblaw.comMegan E Lees on behalf of Interested Party Courtesy NEFcaecf@tblaw.comErica T Loftis Pacheco on behalf of Creditor U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trustknotifications@ghidottiberger.comElizabeth (ND) F Rojas (TR) cacb_ecf_nd@ch13wla.comFran Rosello on behalf of Creditor Citibank, N.A. claims@quantum3group.comValerie Smith on behalf of Interested Party Courtesy NEF claims@recoverycorp.comUnited States Trustee (ND) ustpregion16.nd.ecf@usdoj.govKathy Watson on behalf of Interested Party Courtesy NEF BKNotices@snservicing.com, BKNotices@snservicing.com**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **12.30.20**   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Deborah J. Saltzman**
**United States Bankruptcy Court**
**Central District of California**
**Edward R. Roybal Federal Building and Courthouse**
**255 E. Temple Street, Suite 1634 / Courtroom 1639**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **December 30, 2020** | **Ronda Miner** | **/s/ Ronda Miner** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 3015-1.18.DEBTOR.MOTION.DISMISS**

```
Label Matrix for local noticing          Citibank, N.A.                            U.S. Bank Trust National Association, as Tru
0973-9                                   6716 Grade Ln Blg 9 STE 910-PY DEPT       SN Servicing Corporation
Case 9:16-bk-11564-DS                    Louisville, KY 40213-3410                 323 Fifth Street
Central District of California                                                     Eureka, CA 95501-0305
Santa Barbara
Wed Dec 30 15:55:54 PST 2020

WELLS FARGO BANK, N.A.                   Northern Division                         Bank Of America, N.A.
MAC N9286-01Y                            1415 State Street,                        PO BOX 31785
1000 Blue Gentian Road                   Santa Barbara, CA 93101-2511              Tampa, FL 33631-3785
Eagan, MN 55121-7700


Barclays Bank Delaware                   Bk Of Amer                                California Business Bu
Po Box 8803                              Po Box 45144                              1711 S Mountain Ave
Wilmington, DE 19899-8803                Jacksonville, FL 32232-5144               Monrovia, CA 91016-4256


(p)JPMORGAN CHASE BANK  N A              Citi                                      Citibank, N.A.
BANKRUPTCY MAIL INTAKE TEAM              PO Box 6241                               701 East 60th Street North
700 KANSAS LANE FLOOR 01                 Sioux Falls, SD 57117-6241                Sioux Falls, SD 57104-0493
MONROE LA 71203-4774


PRA Receivables Management, LLC          U.S. Bank Trust National Association, as  United States Trustee (ND)
PO Box 41021                             Trustee of the Tiki Series IV Trust       915 Wilshire Blvd, Suite 1850
Norfolk, VA 23541-1021                   SN Servicing Corporation                  Los Angeles, CA 90017-3560
                                         323 5th Street
                                         Eureka CA 95501-0305

Wells Fargo Bank N.A., d/b/a Wells Fargo Dea   Wells Fargo Bank, N.A.              (p)WELLS FARGO BANK NA
PO Box 19657                             C/O Wells Fargo Bank, N.A., as servicer   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
Irvine, CA 92623-9657                    Attn: Default Document Processing         ATTN BANKRUPTCY DEPT MAC X7801-014
                                         N9286-01Y                                 3476 STATEVIEW BLVD
                                         1000 Blue Gentian Road                    FORT MILL SC 29715-7203
                                         Eagan, MN  55121-7700

Wfds/wds                                 Amanda G Billyard                         Elizabeth (ND) F Rojas (TR)
Po Box 1697                              Financial Relief Law Center, APC          Valley Executive Center
Winterville, NC 28590-1697               1200 Main St.                             15260 Ventura Blvd., Suite 710
                                         Suite G                                   Sherman Oaks, CA 91403-5342
                                         Irvine
                                         Irvine, CA 92614-6749

Norma Angelica Centina
804 Noontide Way
Oxnard, CA 93035-1560
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Card                               Wells Fargo Hm Mortgag
Po Box 15298                             8480 Stagecoach Cir
Wilmington, DE 19850                     Frederick, MD 21701
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A.                (u)Courtesy NEF                     (d)Citibank N.A.
                                                                            6716 Grade Ln Blg 9
                                                                            STE 910-PY DEPT
                                                                            Louisville, KY 40213-3410


End of Label Matrix
Mailable recipients    21
Bypassed recipients     3
Total                  24